### RUMSEY *et al. v.* NEW YORK & N. E. R. Co.

*(Supreme Court, General Term, Second Department. July 2, 1891.)*

APPEAL—DECISION—SECOND APPEAL.

　　Where an appeal was taken to the court of appeals, the judgment reversed, and a new trial had in conformity with the decision of the court of appeals, the case being substantially the same, the judgment entered therein will not be disturbed on a second appeal.

Appeal from special term, Dutchess county.

Action by Harriet S. Rumsey, Harriet M. Rumsey, and others against the New York & New England Railroad Company. From a judgment for plaintiffs, defendant appeals. For former reports, see 4 N. Y. Supp. 293; 9 N. Y. Supp. 946.

Argued before DYKMAN and PRATT, JJ.

*W. C. Anthony,* for appellant. *H. H. Hustis,* for respondents.

DYKMAN, J. This is an appeal from a judgment in favor of the plaintiff upon the second trial of the cause. Upon the first trial the decision was in favor of the defendant, and that judgment was affirmed at the general term, but reversed by the court of appeals. 21 N. E. Rep. 1066, 25 N. E. Rep. 1080. The law being thus settled in favor of the plaintiff, the second trial was had in conformity with the decision of the court of appeals, and, the case presented being substantially the same, the judgment was rendered for the plaintiff. Upon the authority of the court of appeals, therefore, the judgment should be affirmed, with costs.

---

### LARKIN *v.* BROUTY.

*(Supreme Court, General Term, Second Department. July 2, 1891.)*

JUDICIAL SALES—SELLING IN PARCELS—RESALE.

　　Where a referee sold certain lots in one parcel under a judgment which did not direct a sale in that manner, and the court is satisfied that the property would have produced a much greater sum if the sale had been in lots, the same will be set aside, and a resale ordered.

Appeal from special term, Westchester county.

Action by Francis Larkin against Barbara Brouty. From a judgment for plaintiff, defendant appeals.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Norman A. Lawlor,* for appellant. *Francis Larkin, pro se.*

DYKMAN, J. This is an appeal from an order denying a motion for a resale of the premises sold under the judgment of foreclosure and sale in this action. The property was sold in one parcel, although the judgment did not direct the referee to make the sale in that way; and the affidavit satisfies us that the property should have been sold in lots as the same has been divided. In fact, we gather from the papers that the property would have produced more than double the amount of the plaintiff's mortgage if the sale had been in lots. After a full examination and careful consideration of all the circumstances surrounding the parties and their transactions, we think there should be a resale of the premises. The order should be reversed, with $10 costs and disbursements, and the motion should be granted, without costs.

All concur.